# ELECTRONIC RECORD

852-15

COA # 02-15-00135-CR    OFFENSE: OTHER CRIMINAL

STYLE: Samson M. Loynachan v. The State of Texas    COUNTY: Tarrant

COA DISPOSITION:    DISMISSED    TRIAL COURT: 213th District Court

DATE: 06/25/15    Publish: NO    TC CASE #: 1233936R

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Samson M. Loynachan v. The State of Texas    CCA #: 852-15

_____PRO SE_____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____REFUSED)_____    JUDGE: _____

DATE: __11/18/2015__    SIGNED: _____    PC: _____

JUDGE: __[signature]__    PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD